Case Name: Cohen, George
Case No:   05-77036

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 25, 2008   WILLIAM T. NEARY
United States Trustee, Region 11

BY:   /s/ Carole J. Ryczek
CAROLE J. RYCZEK
Attorney for the U.S. Trustee