IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
COHEN, GEORGE H

CHAPTER 7

CASE NO. 05-77036 MB

Debtor.

Judge MANUEL BARBOSA

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

To the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL  61101

   on:   July 21, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| THOMAS J. LESTER, Trustee | $ 0.00 | $ 2,849.99 | |
| HINSHAW & CULBERTSON LLP Trustee's Attorney | $ 0.00 | $ 2,513.50 | $ 45.70 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $       20,999.86
   b. Disbursements                         $            0.00
   c. Net Cash Available for Distribution   $       20,999.86

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $15,590.67, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $588,855.46, resulting in an approximate distribution of 2.65% to unsecured creditors.

6. The Debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached to the Final Report as Exhibit B.

DATE:  June 4, 2008                           /s/ Thomas J. Lester
                                              THOMAS J. LESTER, Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cbachman              Page 1 of 1              Date Rcvd: Jun 27, 2008
Case: 05-77036                Form ID: pdf002             Total Served: 13

The following entities were served by first class mail on Jun 29, 2008.
db           +George H Cohen,    6 Torrey Pines Ct,    Lake In The Hills, IL 60156-4475
aty          +Matthew M. Hevrin,    Hinshaw & Culbertson,    100 Park Avenue,    Rockford, Il 61101-1020
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
aty          +Thomas J Lester,    Hinshaw & Culbertson,    100 Park Avenue,    POB 1389,    Rockford, IL 61105-1389
aty          +Victoria R Glidden,    Hinshaw & Culbertson,    P. O. Box 1389,    Rockford, IL 61105-1389
tr            Thomas J Lester,    Hinshaw & Culbertson,    P O Box 1389,    Rockford, IL  61105-1389
10267998     +CitiBank,    c/o NCO Financial Systems,    150 Crosspoint Parkway,    Getzville, NY 14068-1602
10267999     +Gary Propersi Tax Collector,    Old Forge Bank,    216 S Main Street,    Old Forge, PA 18518-1691
10929495     +Stataes Resources Corp,    c/o Doug Glenn,    4848 South 131 st Street,    Omaha, NE 68137-1822
10268000      State of Maine/Dept of Labor,    Unemployment Compensation,    19 Union St-PO Box 259,
               Augusta, ME 04332-0259
10268001     +States Resources Corp,    c/o Bingaman Hess, Atty,    2 Meridian Blvd. - Ste. 100,
               Wyomissing, PA 19610-3202
10926708     +States Resources Corp,    4848 South 131st St.,    Omaha NE 68137-1822
10268003      Verizon Wireless,    c/o Allied Interstate,    P O Box 361598,    Columbus, OH 43236-1598

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10268002*    +States Resources Corp,    c/o Bingaman Hess, Atty.,    2 Meridian Blvd., Ste. 100,
               Wyomissing, PA 19610-3202
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**              **Signature:** *Joseph Speetjens*